UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

S.O.L.O. BENEFIT FUND,

Debtor.

Chapter 7

Case No. 02-10801 (SMB)

FILED
U.S. BANKRUPTCY COURT
2016 AUG 15 P 12: 37
S.D.N.Y.

### STATEMENT OF UNPAID DISTRIBUTION CHECKS

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT
      SOUTHERN DISTRICT OF NEW YORK

ROBERT L. GELTZER, the Trustee herein, respectfully represents and alleges:

1. On or about April 14, 2016, a final distribution was made to the creditors of the estate of S.O.L.O. BENEFIT FUND.

2. More than ninety (90) days have elapsed since the distribution of these checks and the Trustee finds that three checks have not cleared the Trustee's account.

3. The Trustee has a current net balance of $756.14. Exhibit "A" lists the claimants whose checks have not cleared the Trustee's bank account.

4. Attached hereto is estate check #214 in the sum of $592.82, estate check #215 in the sum of $133.03, and estate check #216 in the sum of $30.29, which the Trustee desires to deposit with the Clerk of this Court in accordance with Section 347 of Title 11 of the United States Code and Bankruptcy Rule 3011.

Dated:   New York, New York
         August 9, 2016

_____
ROBERT L. GELTZER
Chapter 7 Trustee

C:\WPDIRS\FINAL\UNPDCHCK.STT

RE:      S.O.L.O. BENFIT FUND
CASE NO.   02-10801 (SMB)

## Schedule "A"

## UNDEPOSITED DIVIDEND CHECK(S)

| | |
|---|---:|
| Citicorp Vendor Finance, Inc.<br>f/k/a Copelco Capital<br>1800 Overcenter Drive<br>Moberly, MO 65270<br>Attn: Katie Nannerman | $592.82 |
| Dr. Uyar MD<br>2 Burnage Avenue<br>No. Babylon, NY 11703 | $133.03 |
| Samuel Jackson<br>716 Sunshine Court<br>Parlin, NJ 08859 | $30.29 |
| **TOTAL:** | **$756.14** |